# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| DELORES BROUSSARD, et al, | |
| Plaintiffs, | CIVIL ACTION NO. 6:13-CV-02758 |
| v. | JUDGE ROBERT G. JAMES |
| THE UNITED STATES OF AMERICA, | MAGISTRATE JUDGE KAREN L. HAYES |
| Defendant. | |

## [PROPOSED] ORDER

The Court, having been fully apprised that the Attorney General's designee has certified that Mitchell Bradley and Patrick Mouton were acting within the scope of their employment at the time of the incident giving rise to this suit, and the Court having been apprised of the substitution of the United States, it is hereby;

**ORDERED** that pursuant to the provisions of 28 U.S.C. § 2679(d)(1); 46 U.S.C. § 30101(c)(1); and 46 U.S.C. § 30904, the claims set forth in the Plaintiffs' Complaint for Damages (ECF No. 1) are dismissed with respect to the claims against individual defendants Mitchell Bradley and Patrick Mouton, on the ground that the exclusive remedy for these claims is an action against the United States and because the United States has been substituted as the sole defendant on those claims.

It is further **ORDERED** that the caption of this action shall be amended to reflect the substitution of the United States as the sole defendant;

**SO ORDERED.**

DATED:   December 13, 2013

_____
UNITED STATES MAGISTRATE JUDGE
KAREN L. HAYES